| | |
|---|---|
| Denver County District Court, State of Colorado<br>Court Address: 1437 Bannock St., Rm. 256<br>Denver, CO  80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jan 12 2011 10:19AM MST**<br>**Filing ID: 35331104**<br>**Review Clerk: Ty Khiem** |
| **Plaintiff:** SHERA HILDENBRAND<br><br>**Defendant:** LIBERTY MUTUAL INSURANCE COMPLANY and LINSEY HARTMAN | **COURT USE ONLY** |
| Attorneys for Plaintiff:<br>Mark P. Martens, #16095<br>MARTENS & ASSOCIATES, P.C.<br>1660 S. Albion St., Ste. 1110<br>Denver, CO   80222<br>Phone Number:    (303) 316-4500<br>FAX Number:      (303) 333-1880 | Case Number: 2010CV7072<br><br><br><br><br><br>Courtroom 8 |
| **UNOPPOSED MOTION TO AMEND COMPLAINT** | |

Plaintiff, by and through her attorneys, Martens & Associates, P.C., respectfully submits the following Motion to Amend Complaint.

1. **Certification pursuant to C.R.C.P. 121 § 1-15**: Plaintiff has consulted with counsel for the Defendant, who has no objection to the granting of this Motion.

2. Attached is an Amended Complaint with respect to the above referenced matter.

3. The Amended Complaint states the proper name for Defendant Liberty Mutual Fire Insurance Company and dismisses Linsey Hartman as a Defendant.

4. As noted above, counsel for Liberty Mutual Fire Insurance Company has no objection to the granting of this Motion.

DATED this 12th day of January, 2011.

Respectfully submitted,

MARTENS & ASSOCIATES, P.C.

*/s/ Mark Martens*

_____

Mark P. Martens



EXHIBIT B

CERTIFICATE OF SERVICE

        I hereby certify that on the 12th day of Janaury, 2011, I have served a true and correct copy of the above and foregoing Motion to Amend Complaint, via LexisNexis and/or by depositing the same in the United States Mail, postage pre-paid and addressed to the following person(s):

Josh Bugos, Esq.
Brian J. Spano, Esq.
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Ste. 3000
Denver, CO 80202

                                            */s/ Tracy L. Schneider*
                                            _____

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Jan 19, 2011**

*Catherine J. Lemon*

**Catherine A. Lemon**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Denver County District Court 2nd JD**
**Filing Date: Jan 19 2011 11:34AM MST**
**Filing ID: 35449279**
**Review Clerk: Lillian L Vondra**

| | |
|---|---|
| Denver County District Court, State of Colorado<br>Court Address: 1437 Bannock St., Rm. 256<br>Denver, CO 80202 | |
| **Plaintiff:** SHERA HILDENBRAND<br><br>**Defendant:** LIBERTY MUTUAL INSURANCE and LINSEY HARTMAN | **COURT USE ONLY** |
| Attorney for Plaintiff:<br>Mark P. Martens, #16095<br>MARTENS & ASSOCIATES, P.C.<br>950 S. Cherry Street, Suite 918<br>Denver, CO 80246<br>Phone Number:   (303) 316-4500<br>FAX Number:     (303) 333-1880 | Case Number:  2010CV7072<br><br><br><br><br><br>Courtroom 8 |
| **ORDER GRANTING MOTION TO AMEND COMPLAINT** ||

THE COURT, having considered Plaintiff's Unopposed Motion to Amend Complaint and any Responses thereto hereby grants said Motion. The Complaint is hereby amended to state the proper name for Defendant Liberty Mutual Fire Insurance Company, and dismiss Defendant Linsey Hartman.

DATED this _____ day of _____, 200_.

IT IS SO ORDERED:

_____
District Court Judge