IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00279-DME-KLM

SHERA HILDENBRAND,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate and Reset Settlement Conference and Modify the Scheduling Order** [Docket No. 15; Filed July 25, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  The Settlement Conference set for August 16, 2011 at 1:30 p.m. is **vacated**.  While the parties request that the conference be reset to a date in mid-September, the Court's calendar does not accommodate the request.  Accordingly, the Settlement Conference is **RESET** to the first available date on the Court's calendar, **October 17, 2011 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED**  that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet  all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

    **IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements and Settlement Conference Instructions, copies of which are attached to Docket Nos. 12 & 14.**

    Parties shall submit their Confidential Settlement Statement on or before **October 10, 2011**.  Parties participating in ECF shall e-mail ONLY the Confidential Settlement

Statement to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

IT IS FURTHER **ORDERED** that the Scheduling Order entered on March 22, 2011 [Docket No. 13] is modified as follows:

- Expert Disclosures                   **October 3, 2011**
- Rebuttal Expert Disclosures          **November 1, 2011**
- Discovery Deadline                   **November 15, 2011**
- Dispositive Motions Deadline         **December 1, 2011**

IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Final Pretrial Conference set for November 28, 2011 at 9:30 a.m. and **RESETS** it to **January 11, 2012 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that a proposed pretrial order shall be submitted on or before **January 4, 2012**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov.*

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  July 25, 2011