IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00279-DME-KLM

SHERA HILDENBRAND,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [Docket No. 26; Filed September 30, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on March 22, 2011 [Docket No. 13] and modified on July 25, 2011 [Docket No. 17], is further modified as follows:

- Expert Disclosures — **November 1, 2011**
- Rebuttal Expert Disclosures — **December 1, 2011**
- Discovery Deadline — **December 15, 2011**
- Dispositive Motions Deadline — **January 3, 2012**

    IT IS FURTHER **ORDERED** that, in order to accommodate the above-stated deadlines, the Court *sua sponte* **VACATES** the Final Pretrial Conference set for January 11, 2012 at 10:00 a.m. and **RESETS** it to **March 5, 2012 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  **Pursuant to the Honorable David M. Ebel's Practice Standards, further extensions of time will not be permitted.**

    IT IS FURTHER **ORDERED** that a proposed pretrial order shall be submitted on or before **February 29, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is

participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.

The Settlement Conference remains scheduled for October 17, 2011, at 1:30 p.m.

Dated:  October 3, 2011